UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AVILES, Individually and on Behalf of Others Similarly Situated, <br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br> Defendant. | Case No.:  18-CV-1749 JLS (NLS) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On August 5, 2020, Plaintiff Guillermo Aviles filed a Notice of Settlement.  *See* ECF No. 44.  Consequently, on August 7, 2020, the Court vacated all pending deadlines in this action and ordered Plaintiff to file for dismissal of this action on or before October 5, 2020.  *See* ECF No. 45.  The August 7, 2020 Order noted: "*Failure to file for dismissal or an extension thereof by the deadline may result in dismissal pursuant to Civil Local Rule 83.1.*"  *Id.* (emphasis in original).  Plaintiff did not file for dismissal in compliance with the Court's August 7, 2020 Order.

Therefore, on October 9, 2020, the Court issued an Order to Show Cause, providing "that the Court will dismiss this action without prejudice pursuant to Civil Local Rule 83.1 on November 9, 2020, unless, no later than that date, Plaintiff files a declaration showing good cause to keep this action open."  ECF No. 46 at 1–2 (emphasis in original).  Plaintiff again took no action in response to the October 9, 2020 Order.

In light of the foregoing, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.  The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  November 10, 2020

Hon. Janis L. Sammartino
United States District Judge

18-CV-1749 JLS (NLS)